UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> ANTHONY FERNANDES, <br><br> Defendant | Criminal No.   23cr10087 <br><br> Violation: <br><br> <u>Count One</u>: Theft of Government Money (18 U.S.C. § 641) <br><br> <u>Forfeiture Allegation</u>: (18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461) |

INFORMATION

At all times relevant to this Information:

General Allegations

1. Defendant, ANTHONY FERNANDES ("FERNANDES"), was a resident of Douglas, Massachusetts.

2. FERNANDES began working for the United States Postal Service ("USPS") as a letter carrier at the Hyannis Post Office in or about September 2015. From approximately August 2019 to November 2022, FERNANDES served as a Supervisor Customer Service supervisor at the Buzzards Bay Post Office, with his most recent annual salary at approximately $79,817.

3. From approximately April 2022 to October 2022, FERNANDES submitted thousands of dollars in fraudulent reimbursement requests to the USPS for work-related travel costs that FERNANDES did not, in fact, incur. As part of the scheme, FERNANDES secretly

accessed his supervisor's travel authorization account and approved FERNANDES' fraudulent reimbursement requests.

4. In total, FERNANDES received approximately $52,987 in USPS funds through executing the scheme from April 2022 to November 2022.

COUNT ONE
Theft of Government Money
(18 U.S.C. § 641)

The United States Attorney charges:

5. The United States re-alleges and incorporates by reference paragraphs 1-4 of this Information.

6. From in or about April 2022 through in or about November 2022, in the District of Massachusetts, and elsewhere, the defendant,

ANTHONY FERNANDES,

being a United States Postal Service employee, did, on a recurring basis, knowingly and willfully embezzle, steal, purloin, and convert to his use, any money and thing of value of the United States and of any department and agency thereof, to wit the United States Postal Service, in a total amount greater than $1,000, namely, United States Postal Service travel reimbursement payments, altogether having a value of approximately $52,987.

All in violation of Title 18, United States Code, Section 641.

## FORFEITURE ALLEGATION
(18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c))

The United States Attorney further finds:

7. Upon conviction of the offense in violation of Title 18, United States Code, Section 641, set forth in Count One, the defendant,

**ANTHONY FERNANDES,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense. The property to be forfeited includes, but is not limited to, the following asset:

   a. $52,987 in the form of a forfeiture money judgment.

8. If any of the property described in Paragraph 7, above, as being forfeitable pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant --

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 7 above.

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

Respectfully submitted,

RACHAEL S. ROLLINS
United States Attorney

By:   Dustin Chao
      Assistant U.S. Attorney

March 27, 2023.